TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00763-CV

Liu's Family Corporation, f/k/a Wang's Family Corporation, d/b/a/ Rio Motel and Greg
Ying a/k/a Tsai-Lung Ying, Appellants

v.

Anthony Doyle, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 96-10555, HONORABLE JON WISSER, JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint agreed motion to dismiss the appeal based on their
settlement agreement. The motion is granted and the appeal dismissed. See Tex. R. App. P.
42.1(a)(1).

Before Justices Powers, Kidd and B. A. Smith

Appeal Dismissed on Joint Motion

Filed: August 31, 1998

Do Not Publish